Case 1:07-cv-10974-RJS    Document 4    Filed 04/17/2008    Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC
DATE: 4/17/08

BARRY MCNABB,

        Plaintiff,

-v-

AFTRA HEALTH FUND,

        Defendant.

Case No.

07-cv-10974 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    The above-entitled action has been assigned to my docket.

    IT IS HEREBY ORDERED that, by **4pm on May 1**, the parties shall each submit a letter, not to exceed five (5) pages, providing, in separate paragraphs:

(1)   A brief statement of the nature of the action and the principal defenses thereto;

(2)   A brief description of all outstanding motions and/or outstanding requests to file motions;

(3)   A list of all existing deadlines and any upcoming conferences that were previously scheduled;

(4)   A brief description of any discovery remaining, specifying that which is necessary for the parties to engage in meaningful settlement negotiations;

(5)   A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(6)   The estimated length of trial;

(7)   Any other information that you believe may assist this Court in resolving this action.

    The status letter should be either mailed to the Court at 500 Pearl Street, New York, New York 10007 or e-mailed directly to my case manager in chambers, at the following e mail address- **eileen_levine@nysd.uscourts.gov**. Do not file thru ECF. Please consult my Individual Rules with respect to communications with chambers and related matters.

SO ORDERED.

DATED:
New York, New York April 15, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE