UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08

BARRY MCNABB,

           Plaintiff,

-v-

AFTRA HEALTH FUND,

           Defendant.

No. 07 Civ. 10974 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of plaintiff's and defendant's status letters, dated April 29, 2008 and May 1, 2008, respectively.

    The Court shall conduct a conference in this case on _MAY 29, 2008 @ 10:00AM._ _____ in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    May _2_, 2008
           New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE