# COHEN, WEISS AND SIMON LLP

SAMUEL J. COHEN (1908-1991)
HENRY WEISS (1910-2004)

BRUCE H. SIMON
ROBERT S. SAVELSON
STEPHEN B. MOLDOF
MICHAEL E. ABRAM
KEITH E. SECULAR
PETER HERMAN
RICHARD M. SELTZER
JAMES L. LINSEY*
JANI K. RACHELSON
BABETTE CECCOTTI*
SUSAN DAVIS*
MICHAEL L. WINSTON
THOMAS N. CIANTRA
JOSEPH J. VITALE*
PETER D. DECHIARA
LISA M. GOMEZ*
BRUCE S. LEVINE
JAMES R. GRISI*
ELIZABETH O'LEARY
TRAVIS M. MASTRODDI
MANLIO DIPRETA

COUNSELLORS AT LAW
330 WEST 42ND STREET
NEW YORK, N.Y. 10036-6976

(212) 563-4100

WRITER'S DIRECT INFORMATION:

PHONE: (212) 356-0235
FAX: (646) 473-8235
E-MAIL: lgomez@cwsny.com

May 22, 2008

COUNSEL
STANLEY M. BERMAN

EYAD ASAD
ROBIN H. GISE
ORIANA VIGLIOTTI
DAVID R. HOCK*
CLAIRE TUCK*
BRADLEY J. SOLLARS
RICHARD C. HARMON
MARCELLE J. HENRY

NEW JERSEY OFFICE
206 CLAREMONT AVENUE
MONTCLAIR, N.J. 07042
(973) 509-0011

* ALSO ADMITTED IN NJ



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

<u>Via Facsimile and Regular Mail</u>

Hon. Richard J. Sullivan
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 615
New York, NY 10007-1312

    Re:   <u>McNabb v. AFTRA Health Fund</u>
           <u>Civil No. 1:07-10974 (RJS)</u>

Dear Judge Sullivan:

       This firm is counsel to the AFTRA Health Fund (the "Fund"), defendant in the above-referenced action. We write to respectfully request a short adjournment of the conference in this matter currently scheduled for next Thursday, May 29, 2008 at 10:00 a.m. I am principal counsel for defendant in this action. I will be out of town on vacation the week of May 26-30, 2008 and therefore cannot attend the conference. There have been no prior requests for adjournment or extension in this matter by either party. I conferred with the plaintiff, Mr. McNabb, concerning this request and he had no objections. There are no other scheduled dates in this matter that would be affected by the requested adjournment.

       I am currently available for a conference with Your Honor and plaintiff on June 4 or 5, as well as June 9, 11 and 13 and other dates later in the month. I have not yet inquired of Mr. McNabb as to his availability.

00122021.DOC.2

COHEN, WEISS AND SIMON LLP

Hon. Richard J. Sullivan, U.S.D.J.
May 22, 2008
Page 2

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*Lisa M. Gomez*

Lisa M. Gomez

LMG:
cc: Mr. B. McNabb (via e-mail and regular mail)

*Reset to June 4, 2008 @ 9³⁰ AM.*

SO ORDERED
Date: 5/27/08
RICHARD J. SULLIVAN
U.S.D.J.