UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARRY MCNABB,

                    Plaintiff,

-v-

AFTRA HEALTH FUND,

                    Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

No. 07 Civ. 10974 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of defendant's June 30, 2008 letter indicating that the parties have settled the above-captioned action.

    On or before August 1, 2008, the parties shall submit a stipulation of dismissal to the Court, with signatures from both parties, which the Court will then endorse. The conference previously set for July 10, 2008 is adjourned without date, pending submission of the stipulation.

SO ORDERED.

Dated:    July 7, 2008
           New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE