ST           JUL4044~5.
DO    NT
FLF    ICALLY FILED
DO 
DA      7/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x
                  :
BARRY MCNABB,           :
                  :
         Plaintiff(s),   :    No. 07-CV-10974 (RJS) (MJD)
                  :
   - against -        :
                  :
AFTRA HEALTH FUND,    :    **STIPULATION OF**
                  :    **DISMISSAL WITH**
         Defendant(s).  :    **PREJUDICE**
                  :
--------------------------------------------------------x

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Barry

McNabb and Defendant AFTRA Health Fund hereby stipulate to the dismissal with prejudice of

the above-captioned action, with each party to bear its own costs.

Dated: July 9 , 2008

By: _____
     Barry McNabb
     45 West 68th Street, #4R
     New York, New York 10023

     Plaintiff, *Pro Se*

Dated: July 7 , 2008

By: _____
     Lisa M. Gomez (LMG 7357)
     COHEN, WEISS AND SIMON LLP
     330 West 42nd Street - 25th Floor
     New York, NY 10036
     (212) 563-4100
     Attorneys for Defendant

SO ORDERED this 21st day of July , 2008

_____
Hon. Richard J. Sullivan, U.S.D.J.